Dahiya Law Offices LLC
75 Maiden Lane Suite 506
New York New York 10038
Tel: 212 766 8000
Fax: 212 766 8001

Hon. Elizabeth Stong
Bankruptcy Unit
Eastern District of New York
United States District Court
Brooklyn, New York 10038

**Case No. 1-12-01198-ess Kramer v. Iqbal et al**
**Related bankruptcy: 1-12-42218-ess**

Dear Judge Stong:

    I am the counsel for the debtors Shakil Iqbal and his wife Maria L. Iqbal. Today, I received a phone call from Mr. Iqbal informing me that his wife, Ms. Maria Iqbal, the joint debtor, who was suffering from advance stage of cancer for several weeks, succumbed to death on October 23rd, 2013. Her husband, Mr. Iqbal has asked me to convey to Your Honor, that before she died and when she could communicate, she had instructed him to tell Your Honor, that she thanked you from the bottom of her heart for understanding and compassion.

Yours faithfully,

_____
Karamvir Dahiya